The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 26, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: July 26, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, CLEVELAND

| | |
|---|---|
| In re: | Chapter 13 |
| Theresa Liggett, | Case No. 22-10223 |
| Debtor. | JUDGE: Arthur I. Harris |

**ORDER GRANTING:** *DEBTOR'S MOTION FOR LEAVE TO FILE PROOF OF CLAIM ON BEHALF OF U.S. BANK TRUST, NATIONAL ASSOCIATION AS TRUSTEE OF THE BUNGALOW SERIES IV TRUST*

_____

This matter is before the Court upon *Debtor's Motion for Leave to File Proof of Claim on Behalf of U.S. Bank Trust, National Association as Trustee of the Bungalow Series IV Trust*.

The Court finds that all appropriate parties were duly served with the motion and notice of the hearing date, no party has filed on objection or otherwise appeared in opposition to the motion, the motion states good cause, and it appears appropriate to grant the relief requested. It is therefore,

**ORDERED, ADJUDGED AND DECREED**, that the debtor's motion is granted. It is

further,

**ORDERED, ADJUDGED AND DECREED**, that the debtor is granted leave to file a proof of claim on behalf U.S. Bank Trust, National Association as Trustee of the Bungalow Series IV Trust to and including August 20, 2022.

# # #

Submitted by:

*/s/ Richard H. Nemeth*
Richard H. Nemeth (#0007392)
Nemeth & Associates, LLC
526 Superior Ave., East, Suite 333
Cleveland, OH 44114-1902
216/502-1300; Fax: 216/502-1301
E-Mail: rnemeth@OHbklaw.com

*Attorney for the debtor*

**Service list:**

Lauren A. Helbing, chapter 13 trustee, at lhelbling@ch13cleve.com;

Jon J. Lieberman, attorney for U.S. Bank, at bankruptcy@sottileandbarile.com;

Richard H. Nemeth, attorney for the debtor, at rnemeth@ohbklaw.com;

Estate of Judith Filipovich, 964 Warwick Dr., Sheffield Lake, OH 44054-2036;

Green Tree Servicing, P.O. Box 6172, Rapid City, SD 57709-6172;

Katherine L. Keefer, Lorain County Prosecutor's Office, 225 Court Street, 3rd Floor, OH, ELYRIA 44035-5512;

Koalafi, PO Box 5518, Glen Allen, VA 23058-5518;

Lorain County Treasurer, 226 Middle Avenue, Elyria, OH 44035-5643;

PYOD LLC, c/o Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008;

U.S. Bank Trust, Trustee, c/o Molly Slutsky Simons, Esq., 394 Wards Corner Rd., Suite 180, Loveland, OH 45140-8362;

Theresa Ann Liggett, 964 Warwick Dr., Sheffield Lake, OH 44054-2036.